UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOES 1, 2 and 3, individually
and on behalf of all other similarly situated,

        Plaintiffs,

v.

THE COLISEUM BAR & GRILL, INC.,
ABCDE OPERATING, LLC d/b/a The
Penthouse Club, M & M ZIN ENTERPRISES,
INC., JOHNI SEEMA, AND ALAN
MARKOVITZ,

        Defendants.

Civil Case No. 17-12212
Honorable Linda V. Parker

_____/

## OPINION AND ORDER DENYING, WITHOUT PREJUDICE, DEFENDANTS' MOTION TO DISMISS (ECF No. 23)

This lawsuit arises from the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* and the Michigan Minimum Wage Law ("MWL"), MCL 408.382 *et seq*. On September 18, 2017, Defendants filed a motion to dismiss based upon an alleged mandatory arbitration agreement. (ECF No. 23.) Plaintiffs filed a response on October 9, 2017, claiming the arbitration agreement is invalid because it contains an invalid collective action waiver. On May 31, 2018, Defendants filed a request for an immediate hearing on the motion to dismiss in light of the United States Supreme Court's decision in *Epic Sys. Corp. v. Lewis*, No. 16-285, 2018 WL 2292444 (U.S. May 21, 2018). (ECF No. 59.) On June 20, 2018, this Court held a

hearing on the motion to dismiss. The Court finds Defendants' motion premature and denies the motion for the reasons stated on the record.

Accordingly,

**IT IS ORDERED** that Defendants' motion to dismiss (ECF No. 23) is **DENIED, without prejudice.**

**IT IS SO ORDERED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: July 16, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 16, 2018, by electronic and/or U.S. First Class mail.

s/ R. Loury  
Case Manager